PAUL J. EXNER & SON v. JOHN H. SULLIVAN COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ASSETS AND LIABILITIES ASSOCIATION, INC., v. NEW YORK LODGE, No. 1, B. P. O. ELKS.— Motion denied with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM T. CARTER and Others v. GUARANTEE COMPANY OF NORTH AMERICA, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS J. BRENNAN, as Fire Commissioner, etc., v. HOWARD HAMPTON.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES GRIMM, as Administrator, v. ALEXANDER MAUROCORDATO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WALTER F. TAYLOR v. F. B. STEARNS COMPANY OF OHIO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FIELDING L. TAYLOR v. F. B. STEARNS COMPANY OF OHIO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the COURT FUNDS DEPOSITED PRIOR TO 1891.— Motion granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN P. BOIARDI v. MARDEN, ORTH & HASTINGS CORPORATION.— Stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CURTIS P. WOODBURY v. GEORGE B. LEIGHTON and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIRGINIUS J. MAYO v. JOHN J. HANLEY, Warden, etc.— Motion granted; bail fixed at $2,500. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FOREIGN PRODUCTS COMPANY, INC., v. C. C. MENGEL & BRO. COMPANY. — Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

UVALDE ASPHALT PAVING COMPANY v. THE CITY OF NEW YORK.— Motion granted and appellant's time to serve and file brief extended for sixty days from June 1, 1920. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JOHN MACGREGOR, an Attorney.— Motion for commission granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

OPPENHEIM COLLINS REALTY COMPANY, INC., Respondent, v. MAX SCHWARTZ, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.